# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

D-4 DERRICK BIVINS,

        Defendants.

Case No. 10-20421
Hon. Terrence G. Berg

## ORDER DENYING AS MOOT DEFENDANT'S MOTION FOR RECOMMENDATION OF RESIDENTIAL REENTRY PROGRAM

On December 10, 2018, Defendant Derrick Bivins filed two identical motions on different dockets. *See* 10-cr-20421, ECF No. 46; 10-cr-20397, ECF No. 311. The case numbered 10-cr-20421 was dismissed because the indictment was identical to the indictment filed in 10-cr-20397. 10-cr-20421 ECF No. 43. Case number 10-cr-20397, and Defendant's motion on that docket, is properly before Judge Mark A. Goldsmith. Defendant's identical motion filed on the docket of 10-cr-20421 is therefore **DENIED.**

**SO ORDERED.**

Dated: January 18, 2019    s/Terrence G. Berg
                                    TERRENCE G. BERG
                                    UNITED STATES DISTRICT JUDGE

## Certificate of Service

I hereby certify that this Order was electronically filed, and the parties and/or counsel of record were served on January 18, 2019.

s/A. Chubb
Case Manager
